JULIUS COHEN, Plaintiff, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC.,

and Others, Respondents, and MARY E. KELLY, Appellant. MARY E. KELLY, Substituted Plaintiff for BARNEY ZINICK, Appellant, v. DYKER HEIGHTS HOME BUILDING COMPANY, INC., and Others, Respondents, and CLINTON HALL REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.